AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>CHRISTIAN SANDOVAL,<br><br>*Defendant(s)* | )<br>)<br>) Case No. 21-6582-STRAUSS<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  June 18, 2021 - June 20, 2021  in the county of  Broward  in the
 Southern  District of  Florida , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18, United States Code, Sections 2251(a) and (e) | Production of Child Pornography |
| Title 18, United States Code, Section 2422(b) | Enticement of a Minor to Engage in Sexual Activity |

FILED BY_____D.C.

OCT 22 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

This criminal complaint is based on these facts:
See attached affidavit

☒ Continued on the attached sheet.

*Complainant's signature*

FBI TFO Adam Granit
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  10/22/2021

*Judge's signature*

City and state:  Fort Lauderdale, Florida   Jared M. Strauss, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

Your affiant is Adam Granit, Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI), who, being duly sworn, deposes and states as follows:

1. I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code. That is, I am an officer of the United States, who is empowered by law to conduct investigations of, and make arrests for, offenses enumerated in Title 18, United States Code, Sections 875, 1470, 2251, and 2252, et seq. I have been a TFO with the FBI since 2014. Currently, I am assigned to the FBI, Miami Field Office, Violent Crimes Against Children squad, which targets individuals involved in the on-line sexual exploitation of children. I also participate in other types of investigations involving crimes against children. These investigations have included the use of surveillance techniques, undercover activities, the interviewing of subjects and witnesses, and the execution of search, arrest, and seizure warrants.

2. The information contained in this affidavit includes both information that I have learned through my own investigation, and information that has been provided to me by other law enforcement officers and witnesses. Because this affidavit is being submitted for the limited purpose of demonstrating probable cause in support of the attached criminal complaint, it does not contain all of the information known to me, or to other law enforcement officers and witnesses involved in this investigation.

3. I make this Affidavit in support of a criminal complaint charging Christopher Sandoval ("SANDOVAL") with production of child pornography, in violation of Title 18, United States Code, Sections 2251(a) and (e) and enticement of a minor, in violation of Title 18, United States Code, Section 2422(b).

1

4. In June of 2021, the mother of an 8-year-old child responded to the Orange County Sheriff's Office after discovering that her daughter had been having inappropriate communications with an unknown adult male on her cellular phone. Law enforcement subsequently responded to the victim's residence to interview the child. The victim, who is 8 years old and in 4th grade, stated that she had been communicating on-line and via text message with an unknown male named "Christian," who was later identified as SANDOVAL. The victim advised that both she and SANDOVAL had been sending sexually explicit images and videos to each other. SANDOVAL told the victim that he was 13 years old during these communications.

5. During the interview, the victim stated that she met SANDOVAL on a web-based application called TikTok.[1] SANDOVAL, using TikTok account @cusa.annon182, saw the victim's videos that she posted and commented that she was cute. The victim stated that they exchanged phone numbers in the chat conversation on the TikTok application. SANDOVAL gave the victim telephone number (954) 716-3128, told her that his name was "Christian," and that he was in 7th grade. SANDOVAL asked the victim what grade she was in and during the text communications the victim advised she was in 4th grade. The remainder of the conversations between SANDOVAL and the victim occurred through text messaging on their devices.

6. The victim advised law enforcement that after texting back and forth, SANDOVAL sent her pictures of his penis and asked her to produce sexually explicit images of herself. The victim provided law enforcement with her cellular telephone and a forensic examination was conducted. Law enforcement was able to recover text message conversations between the victim

---

[1] TikTok is a video-sharing focused social networking service owned by Chinese company ByteDance. It hosts a variety of short-form user videos, from genres like dance, comedy, and education, with durations from 15 seconds to three minutes

2

and SANDOVAL from the victim's cell phone. A review of the text messages between the victim and SANDOVAL revealed that the texting occurred between June 18, 2021 and June 20, 2021.

7. Initially, SANDOVAL asked the victim whether she was "horny." When the victim replied that she wasn't sure, SANDOVAL texted that he could help her and they could do it together. SANDOVAL repeatedly asked the victim to take naked photos of herself and send them to him. After initially sending SANDOVAL a clothed photo and telling him that she wasn't horny, SANDOVAL responded that he could help her and directed her to the bathroom where he asked her to remove her clothes. When the victim responded that she didn't feel comfortable sending naked pictures of herself, SANDOVAL sent her a photo depicting a female child who appears to be approximately 8 years old to put her at ease. In the image, the child is wearing a school uniform dress, which is pulled up exposing her vagina. SANDOVAL tries to convince the victim to send a similar picture, but the victim is reluctant. SANDOVAL continues to text the victim that she has to take the pictures and send them to him.

8. The text messages show that throughout their communications, SANDOVAL continuously encourages the victim to send him sexually explicit photos so they can "get horny together." SANDOVAL texts that he needs a picture of the victim without pants and her shirt pulled up. SANDOVAL then texts the victim and asks specifically for her to send a picture of her "naked butt and her vagina." The victim ultimately complies and sends several sexually explicit images to SANDOVAL via text message. SANDOVAL coaches the victim and directs her to "place the camera in the bathroom and make sure her legs are open in the video." SANDOVAL sends several videos of an adult male masturbating and tells the victim that it is him in the videos.

9. SANDOVAL continued to text the victim, "when you get on the floor and you turn around make sure you are on your hands and knees and stick your butt out so that way I can see

okie." SANDOVAL texts her that he wants "a longer video and open your legs and then turn around and open your butt and then just sit back down and rub it with your hands. It's gonna feel really good." When the 8-year-old victim is confused and asks SANDOVAL what she is supposed to rub, he replies "your pussy with your fingers." The victim complied and sent SANDOVAL a sexually explicit video of herself naked, digitally penetrating her vagina, as directed from her bathroom.

10. SANDOVAL texted that the video was good, "but the next video make it longer and when you stick your butt out this time was better but next time stick it out even more and get close to the camera ok." The victim again complied and created a video of herself digitally penetrating her vagina and sent it via text message to SANDOVAL. This text conversation continued with SANDOVAL and the victim discussing what sex acts they will do when they are together.

11. A subpoena was sent to T-Mobile for the telephone number that SANDOVAL used to communicate with the victim, (954) 716-3128. Reciprocal records indicate that the phone number is assigned to SANDOVAL's mother. Law enforcement compared SANDOVAL's Florida Driver's License photo to the photos sent to the victim during the text messaging and determined they are one and the same.

12. A search warrant was sent to TikTok for SANDOVAL's account information. Reciprocal records included IP addresses, among other things. One of the IP addresses, 73.46.146.27, shows that SANDOVAL's account was accessed from the Southern District of Florida during the time that the text message chats were occurring with the victim.

13. On October 22, 2021, law enforcement executed a search warrant on SANDOVAL's residence in Davie, Florida wherein various electronic devices were seized

including an iPhone 12, a MacBook, external hard drive and iPad.[2] Law enforcement conducted an on-scene preview of SANDOVAL's iPhone and recovered various images of child pornography. A full forensic extraction remains pending. SANDOVAL waived his Miranda rights and provided law enforcement with a recorded statement wherein he admitted to the above-mentioned text communications with the 8-year-old victim. SANDOVAL also admitted to sending sexually explicit videos and images of himself as well as asking the victim to produce sexually explicit videos and images of herself, which he saved and used for sexual gratification. SANDOVAL admitted to law enforcement that he has a sexual interest in children.

14. Based upon the information provided above, I respectfully submit that probable cause exists to believe that SANDOVAL produced child pornography, in violation of Title 18, United States Code, Sections 2251(a) and (e) and enticed a minor to engage in sexually explicit conduct, in violation of Title 18, United States Code, Section 2422(b).

*FURTHER YOUR AFFIANT SAYETH NAUGHT.*

_____
FBI TFO ADAM GRANIT
FEDERAL BUREAU OF INVESTIGATION

Subscribed and sworn before me via FaceTime this 22 day of October 2021.

_____
HONORABLE JARED M. STRAUSS
UNITED STATES MAGISTRATE JUDGE

---

[2] Search Warrant Number 21-MJ-6578-STRAUSS

5

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _____

### BOND RECOMMENDATION

DEFENDANT: Christian Sandoval

Pre-Trial Detention
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: *Jodi Anton*
AUSA:   JODI ANTON

Last Known Address: 5901 Palm Trace Landings Dr

Apartment 213

Davie, Florida 33314

What Facility: _____

Agent(s):   FBI TFO Adam Granit
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)